FRANK FINN, as Administrator, etc., of HELEN FINN, Deceased, v. GIESIN & SHANKMAN CLEANING AND DYEING WORKS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES MALLOY v. GLEN COVE AND NEW YORK COACH CORPORATION and Others. UNITED STATES CASUALTY COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES MALLOY v. GLEN COVE AND NEW YORK COACH CORPORATION. GEORGE R. DECKER, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JONAS A. KOERPEL v. AGFA ANSCO CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KENNETH BUTLER, an Infant, etc., v. SIMON GINSBERG.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEON KAHN and EMILE KAHN v. COMMERCIAL UNION OF AMERICA, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WALTER GRAY PARSONS and Others v. CONSUMERS LAND CO., INC., and Others. WALTER GRAY PARSONS and Others v. DWELLERS BUILDING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARVAN COAL CO., INC., v. ISAAC ALTMAN.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HARRY VAUGHAN v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., to the Real Property Required for the Widening of Allen Street, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MINNA FESTO, Committee of the Person and Estate of MARY B. ZIMMERMAN, an Incompetent, v. JOHN FARSON and WILLIAM FARSON.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ASSOCIATION OF ARMY AND NAVY STORES, INC., v. KLINE'S, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM MARENBERG v. UNITED STATES TRUCKING CORPORATION and INDEPENDENT WAREHOUSE CO., INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.